IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing reset for 5/8/13 at 3:00 p.m.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:11-00157 |
| | ) | JUDGE TRAUGER |
| JERRY LEE ALEXANDER | ) | |

<u>MOTION TO CONTINUE SENTENCING HEARING</u>

**COMES NOW** the defendant, Jerry Lee Alexander, through undersigned counsel, and respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the sentencing hearing presently set for March 21, 2013. Mr. Alexander requests a continuance of at least forty-five (45) days from the present hearing date. Counsel avers that she needs the additional time to adequately prepare for the hearing.

Further, should this request for a continuance be granted, undersigned counsel would request the sentencing hearing not be scheduled on a Friday because she has been advised that she will be furloughed every Friday until October 1, 2013.

Assistant United States Attorney Philip Wehby has authorized undersigned counsel to state that he has no opposition to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Jerry Lee Alexander respectfully requests that the sentencing hearing be continued for a period of at least forty-five (45) days from the present hearing date.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Jerry Lee Alexander